**WAJDA LAW GROUP, APC**
Nicholas M. Wajda (State Bar No. 259178 )
11400 West Olympic Boulevard
Suite 200M
Los Angeles, California 90064
Telephone: 310-997-0471
Facsimile: 866-286-8433
E-Mail: nick@wajdalawgroup.com
*Attorney for the Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISON

| | |
|---|---|
| PHYLLIS D. FULTZ,<br><br>Plaintiff,<br><br>v.<br><br>PAYCHEX, INC,<br><br>Defendant. | Case No.  2:19-at-00087<br><br>**COMPLAINT FOR DAMAGES**<br><br>**1. VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT PURSUANT TO 47 U.S.C. § 227.**<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT**

**NOW COMES**, PHYLLIS D. FULTZ ("Plaintiff"), through her counsel, WAJDA LAW GROUP, APC, complaining as to the conduct of PAYCHEX, INC ("Paychex"), as follows:

**NATURE OF THE ACTION**

1. Plaintiff brings this action seeking redress for violations of the Telephone Consumer Protection Act ("TCPA") pursuant to 47 U.S.C. §227.

**JURISDICTION AND VENUE**

2. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

3. Subject matter jurisdiction is conferred upon this Court by the TCPA and 28 U.S.C. §§1331 and 1337, as the action arises under the laws of the United States.

4. Venue is proper in this Court pursuant to 28 U.S.C. §1391 as Defendant conducts business

1

in the Eastern District of California, Plaintiff resides in the Eastern District of California, and a substantial portion of the events or omissions giving rise to the claims occurred within the Eastern District of California.

### PARTIES

5. Plaintiff is a natural person over 18-years-of-age who is a "person" as the term is defined by 47 U.S.C. §153(39).

6. Paychex is a payroll services company with its corporate headquarters located at 911 Panorama Trail S., Rochester, New York 14625. Paychex also has a corporate office located at 2295 Iron Point road, Suite 100, Folsom, California 95630.

### FACTS SUPPORTING CAUSE OF ACTION

7. Prior to the conduct giving rise to this action, Plaintiff's employer, Mr. Darwin Massey, contracted with Paychex for a payroll service for direct payments.

8. In or around September 2018, Plaintiff began receiving calls to her cellular telephone number, (916) XXX-4848, from Paychex.

9. At all times relevant to the instant action, Plaintiff was the sole subscriber, owner, possessor, and operator of her cellular telephone ending in 4848.

10. Immediately after the calls began, Plaintiff answered a phone call to her cellular telephone from Paychex and she was greeted by a pre-recorded message.

11. Plaintiff was confused as to why Paychex was calling her, as she never has had any prior business dealings with Paychex. As Plaintiff later found out, Paychex was attempting to collect a debt from Plaintiff personally that was owed by her employer ("subject debt").

12. Plaintiff grew frustrated as she was continuously being called by Paychex about the subject debt. Having reached a breaking point, Plaintiff called Paychex multiple times and demanded such

calls stop as she does not owe the subject debt.[1]

13. Plaintiff's demands that Paychex's pre-recorded phone calls cease fell on deaf ears and Paychex continued its phone harassment campaign.

14. Notwithstanding Plaintiff's requests that Paychex's calls cease, Paychex placed or caused to be placed numerous harassing calls to Plaintiff's cellular telephone between September 2018 and present day.

15. In the calls that Plaintiff did answer, Plaintiff was greeted by a noticeable period of "dead air" and a pre-recorded message.

16. Upon information and belief, Paychex placed its pre-recorded voice calls to Plaintiff's cellular telephone using an automated telephone dialing system that is commonly used in the debt collection industry to collect defaulted debts.

17. The phone number that Paychex most often uses to contact Plaintiff is (800) 472-5056, but upon information and belief, it may have used other phone numbers to place calls to Plaintiff's cellular telephone.

18. Paychex pre-recorded phone calls were harassing and distracting.

**DAMAGES**

19. Paychex's unfair and harassing conduct has severely disrupted Plaintiff's daily life and general well-being.

20. Plaintiff has expended time consulting with her attorneys as a result of Paychex's unconscionable conduct.

21. Paychex's phone harassment campaign and illegal collection activities have caused Plaintiff actual harm, including but not limited to, invasion of privacy, nuisance, intrusion upon and

---

[1] Plaintiff spoke to a representative of Defendant by the name of Eric.

3

occupation of Plaintiff's cellular telephone capacity, wasting Plaintiff's time, increased risk of personal injury resulting from the distraction caused by the phone calls, aggravation that accompanies unsolicited debt collection calls, harassment, emotional distress, anxiety, loss of concentration, diminished value and utility of her telephone equipment and telephone subscription services, debilitating Plaintiff's voicemail capacity, the wear and tear caused to her cellular telephone, the loss of battery charge, the loss of battery life, and the per-kilowatt electricity costs required to recharge her cellular telephone as a result of increased usage of her telephone services.

### COUNT I – VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT

22. Plaintiff restates and realleges paragraphs 1 through 21 as though fully set forth herein.

23. paychex placed or caused to be placed numerous non-emergency calls, including but not limited to the calls referenced above, to Plaintiff's cellular telephone using a pre-recorded message or an automatic telephone dialing system ("ATDS") without her prior consent in violation of 47 U.S.C. §227 (b)(1)(A)(iii).

24. The TCPA defines ATDS as "equipment which has the capacity...to store or produce telephone numbers to be called, using a random or sequential number generator; and to dial such numbers." 47 U.S.C. §227(a)(1).

25. Based on the pre-recorded messages Plaintiff heard during the phone calls in which Plaintiff answered, Paychex placed these aforementioned calls to Plaintiff using pre-recorded voice technology.

26. Paychex violated the TCPA by placing numerous harassing phone calls to Plaintiff's cellular telephone from September 2018 through the present day, using an ATDS without her prior consent.

27. Any prior consent, if any, was revoked by Plaintiff's verbal revocations.

28. As pled above, Plaintiff was severely harmed by Paychex's collection calls to her cellular

telephone.

29. Upon information and belief, Paychex has no system in place to document and archive whether it have prior consent to contact consumers on their cellular phones.

30. Upon information and belief, Paychex knew its collection practices were in violation of the TCPA, yet continued to employ them to increase profits at Plaintiff's expense.

31. Paychex, through its agents, representatives, vendors, subsidiaries, third party contractors, and/or employees acting within the scope of their authority acted intentionally in violation of 47 U.S.C. §227(b)(1)(A)(iii).

32. Pursuant to 47 U.S.C. §227(b)(3)(B), Paychex is liable to Plaintiff for a minimum of $500.00 per call. Moreover, pursuant to 47 U.S.C. §227(b)(3)(C), Paychex's willful and knowing violations of the TCPA should trigger this Honorable Court's ability to triple the damages to which Plaintiff is otherwise entitled to under 47 U.S.C. §227(b)(3)(C).

**WHEREFORE**, Plaintiff PHYLLIS D. FULTZ respectfully requests that this Honorable Court:
  a. Declare that the practices complained of herein are unlawful and violate the aforementioned statute;
  b. Awarding Plaintiff damages of at least $500.00 per phone call and treble damages pursuant to 47 U.S.C. §§ 227(b)(3)(B)&(C);
  c. Enjoining Paychex from contacting Plaintiff; and
  d. Award any other relief as the Honorable Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), Plaintiff demands a trial by jury of any and all issues in this action so triable of right.

Date: January 31, 2019

Respectfully submitted,

By: */s/ Nicholas M. Wajda*

Nicholas M. Wajda
**WAJDA LAW GROUP, APC**
11400 West Olympic Boulevard
Suite 200M
Los Angeles, California 90064
Telephone: 310-997-0471
Facsimile: 866-286-8433
E-mail: nick@wajdalawgroup.com