MARWAN R. DAHER
mdaher@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHYLLIS D. FULTZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAYCHEX, INC.,<br><br>　　　　　Defendant. | Case No. 2:19-cv-00196-JAM-EFB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

NOW COMES the Plaintiff the Plaintiff PHYLLIS D. FULTZ, by and through her attorneys, Sulaiman Law Group, and in support of her Notice of Voluntary Dismissal with Prejudice, states as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against, Paychex, Inc.

Respectfully submitted this 30th day of May 2019.

　　　　　　　　　　　　　　　　　　　　　s/ *Marwan R. Daher*
　　　　　　　　　　　　　　　　　　　　　Marwan R. Daher
　　　　　　　　　　　　　　　　　　　　　*Admitted Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　　Sulaiman Law Group, Ltd.
　　　　　　　　　　　　　　　　　　　　　2500 S. Highland Avenue, Suite 200

1

                                        Lombard, IL 60148
                                        (630) 575-8181
                                        mdaher@sulaimanlaw.com
                                        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                        s/ *Marwan R. Daher*
                                        Marwan R. Daher